

United States District Court
Eastern District of California

| Robert Lee Hunt Jr. | | Case Number: | 2:24-cv-02764 |

Plaintiff(s)

V.

ClearStar, Inc.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jason A. Spak _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant ClearStar, Inc.

On __01/14/2003__ (date), I was admitted to practice and presently in good standing in the __U.S.D.C., Western Dist. of Pennsylvania__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ✔ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **December 2, 2024**           Signature of Applicant: /s/ Jason A. Spak

**Pro Hac Vice Attorney**

Applicant's Name: Jason A. Spak

Law Firm Name: FisherBroyles, LLP

Address: 6360 Broad Street #5262

City: Pittsburgh   State: PA   Zip: 15206

Phone Number w/Area Code: (412) 401-2000

City and State of Residence: Pittsburgh, PA

Primary E-mail Address: jason.spak@fisherbroyles.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Dennis J. Kelly

Law Firm Name: Dillingham & Murphy, LLP

Address: 155 Sansome Street, Suite 700

City: San Francisco   State: CA   Zip: 94104

Phone Number w/Area Code: (415) 397-2700   Bar #: 191414

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 03, 2024

/s/ John A. Mendez
JUDGE, U.S. DISTRICT COURT