Jenna Dakroub, CA #350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorney for Plaintiff*
*Robert Lee Hunt, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT LEE HUNT, JR., <br><br> Plaintiff, <br><br> v. <br><br> CLEARSTAR, INC., <br><br> Defendant. | Case No.: 2:24-cv-02764-JAM-DMC <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CLEARSTAR, INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Robert Lee Hunt, Jr. and Defendant ClearStar, Inc. ("ClearStar"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant ClearStar only. There are no remaining defendants in this matter.

/s/ Jenna Dakroub
Jenna Dakroub, CA # 350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorney for Plaintiff,*
*Robert Lee Hunt, Jr.*

/s/ Jason A. Spak
Jason A. Spak (admitted pro hac vice)
FISHERBROYLES, LLP
6360 Broad Street #5262
Pittsburgh, PA 15206
T: (412) 401-2000
F: (412) 774-2382
E: jason.spak@fisherbroyles.com

*Attorneys for Defendant*
*ClearStar, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Emily Bonner*

Jenna Dakroub, CA #350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorney for Plaintiff*
*Robert Lee Hunt, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT LEE HUNT, JR., <br><br> Plaintiff, <br><br> v. <br><br> CLEARSTAR, INC., <br><br> Defendant. | Case No.: 2:24-cv-02764-JAM-DMC <br><br> **ORDER OF DISMISSAL** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant ClearStar, Inc. Only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED,** and the above-entitled matter is hereby **DISMISSED with prejudice** as to Defendant ClearStar, Inc. only, and there being no remaining defendants, the entire action is **DISMISSED**.

The Clerk of Court is **DIRECTED** to **CLOSE** this action.

**IT IS SO ORDERED.**

Dated: June 10, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE